```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI CHOI (WVBN 0722)
 3  Acting Chief, Criminal Division

 4  TRACIE L. BROWN (CSBN 184339)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102
        Telephone: (415) 436-6917
 7      Facsimile:  (415) 436-7234

 8  Attorneys for Plaintiff
```

**FILED**

DEC 0 5 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. B 05 70974 EDL |
| Plaintiff, | UNITED STATES' MOTION TO SEAL COMPLAINT AND SEARCH WARRANT DOCUMENTS AND [PROPOSED] ORDER |
| v. | |
| TERRY L. STORY, | |
| Defendant. | |

The government hereby moves the Court for an order sealing this motion, the complaint (including attached affidavit), the application and affidavit for search warrant, the search warrant, and the sealing order until further order of the Court. The government believes that disclosure of the existence of the complaint and search warrant and/or the information contained in the supporting affidavits may jeopardize the progress of an ongoing investigation.

DATED: December 5, 2005

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_/s/ Tracie L. Brown_
TRACIE L. BROWN
Assistant United States Attorney

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's motion, the complaint (including attached affidavit), application and affidavit for search warrant, the search warrant, and this sealing order shall be sealed until further order of the Court

DATED: Dec 5 2005

*[signature]*
ELIZABETH D. LAPORTE
United States Magistrate Judge